# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.

JERMAINE DESHAUN MORGAN

*Defendant*

Case No. 3:26-00170 Crenshaw

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JERMAINE DESHAUN MORGAN, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm by a convicted felon in violation of 18 U.S.C., Sections 922(g)(1) and 924;
Distribution and Possession with Intent to Distribute a mixture and substance containing cocaine in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C 2; and Distribution and Possession with Intent to Distribute a mixture and substance containing cocaine in violation of 21 U.S.C. 841(a)(1).

Date: 08/05/2026

*Issuing officer's signature*

City and state: NASHVILLE, TN

Dalaina Thompson, Case Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________

Known aliases: ______________________

Last known residence: ______________________

Prior addresses to which defendant/offender may still have ties: ______________________

Last known employment: ______________________

Last known telephone numbers: ______________________

Place of birth: ______________________

Date of birth: ______________________

Social Security number: ______________________

Height: ______________ Weight: ______________

Sex: ______________ Race: ______________

Hair: ______________ Eyes: ______________

Scars, tattoos, other distinguishing marks: ______________________

History of violence, weapons, drug use: ______________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________

FBI number: ______________________

Complete description of auto: ______________________

Investigative agency and address: ______________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________

Print Save As... Reset